# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHSTAR SYSTEMS LLC, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00135-JRG |
| | § | |
| MEDIATEK INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff NorthStar Systems LLC ("NorthStar"). (Dkt. No. 11.) In the Notice, NorthStar gives notice to the Court that the above-captioned case against Defendant MediaTek Inc. is voluntarily dismissed without prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by NorthStar in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 6th day of July, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE